# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Case No.  26-cr-00482-H

Plaintiff,

vs.

JUDGMENT OF DISMISSAL

Joshua Osuna

Defendant.

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and case is dismissed.

X  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or
___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

X  of the offense(s) as charged in the Indictment: **21:841(a); 18:2 - Possession of Methamphetam with Intent to Distribute (Felony); Aiding and Abetting**

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated  **3/17/26**

**Magistrate Judge Valerie E. Torres**